HULSE & GERMANO, ESQS., L.L.C.
George H. Hulse (GH9222)
Gracy H. Hulse (GH6588)
406 High Street
Burlington, NJ  08016
Telephone: (609) 387-5300
Facsimile : (609) 387-9169
Attorneys for Plaintiffs
Eric Rosner and Susan Rosner

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERIC ROSNER and SUSAN ROSNER,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS GERGLEY, LISA BELLINI, individually and as husband and wife, MARK GOLOB, SUZAN ZAGER, individually and as husband and wife, TAYLOR GOLOB, JANE DOE GOLOB, individually and as husband and wife,<br><br>Defendants. | CASE NO. 1:09-CV-03730-NLH-AMD<br><br>**NOTICE OF DISMISSAL** |

TO: **MARK GOLOB, TAYLOR GOLOB AND JANE DOE GOLOB**
Virginia A. Pallotto, Esq.
BUDD LARNER, P.C.
150 John F. Kennedy Parkway, CN 1000
Short Hills, NJ 07078-2703

**TAKE NOTICE** that the above action is hereby dismissed without prejudice as to Defendants Mark Golob, Taylor Golob, and Jane Doe Golob.

                                            **HULSE & GERMANO, ESQS., L.L.C.**
                                            Attorneys for Plaintiffs
                                            Eric Rosner and Susan Rosner


By: /s/ Gracy H. Hulse
     Gracy H. Hulse, Esq.